ORTMAN *et al. v.* DIXON *et al.*

MANDAMUS.

This was an application to this Court for a writ of *mandamus*

against William T. Barbour, Judge of the Tenth Judicial District, to compel him as such Judge, to issue his writ of attachment against the defendants, for contempt in disobeying an injunction issued by said District Court. This is an agreed case.

*T. B. Reardon* for Plaintiffs.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

Application for *mandamus* to the Judge of the Yuba District Court.

This was a chancery suit, in which a decree was rendered for plaintiffs, perpetually enjoining the defendants from diverting the waters of Mill Creek. Pending a motion for a new trial, the defendants violated the injunction, and plaintiffs applied for an attachment against them for contempt of Court, which was refused upon the ground that the pending of the motion operated as a suspension of the injunction.

We think that this was error. Let a peremptory *mandamus* issue.